"D'



```
                    FILED
           CLERK, U.S. DISTRICT COURT

               FEB 19 2019

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AMIR TOURE SHABAZZ,<br><br>  Defendant. | Case No. 8:18-cr-00025-JVS<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *prior violations of conditions of supervision; nature of current allegations, including alleged drug use, failures to appear, and unauthorized international travel; criminal history, including firearm and narcotics convictions*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *prior violations of conditions of supervision; nature of current allegations, including alleged drug use, failures to appear, and unauthorized international travel; criminal history, including firearm and narcotics convictions*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 2-19-19

JOHN D. EARLY
United States Magistrate Judge